Jeffrey I. Golden, Trustee
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone: (714) 966-1000
Facsimile:  (714) 966-1002
Email:  jgolden@wgllp.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | **Case No. 8:11-BK-21300-MW** |
| **JOJO'S PIZZA KITCHEN INC** | § | |
| | § | Jointly Administered with |
| JOSEPH GROUP INC | § | Case No. 8:11-BK-21301-MW |
| | § | |
| | § | |

Debtor(s)

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey I. Golden, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $97,132.90 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $319,001.26 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $37,984.68 | | |

UST Form 101-7-TDR (10/1/2010)

3)      Total gross receipts of $708,872.07  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $351,949.86 (see **Exhibit 2),** yielded net receipts of $356,922.21 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,163.16 | $692,042.31 | $484,203.59 | $318,937.53 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $37,984.68 | $37,984.68 | $37,984.68 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $237,451.41 | $237,451.41 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,010.75 | $157,745.98 | $144,967.25 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,006,328.70 | $534,699.17 | $534,699.17 | $0.00 |
| **Total Disbursements** | $1,009,502.61 | $1,684,524.59 | $1,463,907.14 | $356,922.21 |

4).  This case was originally filed under chapter 11 on 08/11/2011. The case was converted to one under Chapter 7 on 09/24/2014. The case was pending for 76 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2021                          By:    /s/ Jeffrey I. Golden
                                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| CHINO COMMERCIAL BANK (ACCT. #2052 (BREA AND MIRA LOMA). GENERAL ACCOUNT/OPERATING ACCOUNT - BUSINESS CHECKING. THIS IS | 1129-000 | $16,354.20 |
| CHINO COMMERCIAL BANK (ACCT. #2060) (BREA). PAYROLL ACCOUNT - BUSINESS CHECKING. THIS ACCOUNT BALANCE WAS $0.00 AS OF | 1129-000 | $33.45 |
| CHINO COMMERCIAL BANK - CASHIER'S CHECK | 1129-000 | $36.10 |
| CHINO COMMERCIAL BANK - CASHIER'S CHECK | 1129-000 | $1,557.22 |
| JOJO'S PIZZA KITCHEN - DIP ACCOUNT | 1129-000 | $16,089.00 |
| PROCEEDS FROM SALE OF CHINO HILLS AND MIRA LOMA RESTAURANT LOCATIONS | 1129-000 | $94,759.37 |
| SHULMAN HODGES & BASTIAN, LLP | 1129-000 | $69,075.59 |
| AMERICAN RESTAURANTS, LLC | 1221-000 | $51,900.00 |
| AMERICAN RESTAURANTS, LLC | 1221-000 | $105,599.45 |
| AMERICAN RESTAURANTS, LLC | 1221-000 | $58,387.50 |
| AMERICAN RESTAURANTS, LLC | 1221-000 | $5,190.00 |
| AMERICAN RESTAURANTS, LLC | 1221-000 | $5,190.00 |
| AMERICAN RESTAURANTS, LLC | 1221-000 | $12,975.00 |
| AMERICAN RESTAURANTS, LLC | 1221-000 | $25,950.00 |
| PAYMENT ON A PROMISSORY NOTE -  BREA RESTAURANT LOCATION | 1221-000 | $245,775.19 |
| **TOTAL GROSS RECEIPTS** | | $708,872.07 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE FOR JOSEPH GROUP INC. | Funds to Third Parties | 8500-002 | $250,744.86 |
| JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP INC. | Funds to Third Parties | 8500-002 | $5,190.00 |
| JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | Funds to Third Parties | 8500-002 | $96,015.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $351,949.86 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE | 4300-000 | $0.00 | $639,786.86 | $472,056.30 | $318,937.53 |
| 8 | COUNTY OF SAN BERNARDINO | 4110-000 | $1,081.58 | $4,724.80 | $4,724.80 | $0.00 |
| 9 | PRIVATE MONEY SOLUTIONS, INC. | 4110-000 | $0.00 | $40,108.16 | $0.00 | $0.00 |
| 18 | COUNTY OF SAN BERNARDINO | 4800-000 | $1,081.58 | $7,422.49 | $7,422.49 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,163.16 | $692,042.31 | $484,203.59 | $318,937.53 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $900.85 | $900.85 | $900.85 |
| Independent Bank | 2600-000 | NA | $475.04 | $475.04 | $475.04 |
| Integrity Bank | 2600-000 | NA | $20,649.15 | $20,649.15 | $20,649.15 |
| BOARD OF EQUALIZATION | 2690-000 | NA | $2,582.00 | $2,582.00 | $2,582.00 |
| FIELDSOURCE FOOD SYSTEMS, INC. | 2990-000 | NA | $89.60 | $89.60 | $89.60 |
| RAMONA SELF STORAGE | 2990-000 | NA | $855.00 | $855.00 | $855.00 |
| IMS, Field Representative/ Adjuster for Trustee | 3991-400 | NA | $12,433.04 | $12,433.04 | $12,433.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $37,984.68 | $37,984.68 | $37,984.68 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHULMAN HODGES & BASTIAN LLP | 6210-160 | NA | $0.00 | $0.00 | $0.00 |
| SHULMAN HODGES & BASTIAN LLP | 6220-170 | NA | $0.00 | $0.00 | $0.00 |
| ACCOUNTEMPS | 6990-000 | NA | $1,076.63 | $1,076.63 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPARTMENT | 6990-000 | | NA | $42,533.55 | $42,533.55 | $0.00 |
| FRANCHISE TAX BOARD | 6990-000 | | NA | $4,584.26 | $4,584.26 | $0.00 |
| INTERNAL REVENUE SERVICE | 6990-000 | | NA | $136,021.28 | $136,021.28 | $0.00 |
| OFFICE OF THE U.S. TRUSTEE | 6990-000 | | NA | $659.08 | $659.08 | $0.00 |
| THE DILLINGER LAW FIRM PC | 6990-000 | | NA | $52,576.61 | $52,576.61 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | | NA | $237,451.41 | $237,451.41 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $70,060.14 | $70,060.14 | $0.00 |
| 3 | FRANCHISE TAX BOARD | 5800-000 | $1,010.75 | $878.41 | $832.90 | $0.00 |
| 6 | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | $0.00 | $74,074.21 | $74,074.21 | $0.00 |
| 11 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $12,733.22 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,010.75 | $157,745.98 | $144,967.25 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 1C | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $167,760.56 | $167,760.56 | $0.00 |
| 2 | CITIBANK, N.A. | 7100-000 | $0.00 | $5,810.23 | $5,810.23 | $0.00 |
| 3A | FRANCHISE TAX BOARD | 7100-000 | $1,010.75 | $2.61 | $2.61 | $0.00 |
| 3B | FRANCHISE TAX BOARD | 7300-000 | $1,010.75 | $45.51 | $45.51 | $0.00 |
| 4 | AMERICAN EXPRESS | 7100-000 | $7,398.98 | $4,634.56 | $4,634.56 | $0.00 |

| | BANK, FSB | | | | | |
|---|---|---|---|---|---|---|
| 5 | CERENZIA FOODS INC | 7100-000 | $0.00 | $163,037.58 | $163,037.58 | $0.00 |
| 6A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7100-000 | $0.00 | $1,311.62 | $1,311.62 | $0.00 |
| 6B | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | $0.00 | $7,506.16 | $7,506.16 | $0.00 |
| 7 | ULINE SHIPPING SUPPLIES | 7100-000 | $0.00 | $248.32 | $248.32 | $0.00 |
| 10 | MATTHEW J HEINZ | 7100-000 | $0.00 | $135,833.00 | $135,833.00 | $0.00 |
| 12A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | $0.00 | $2,242.46 | $2,242.46 | $0.00 |
| 13B | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $31,098.30 | $31,098.30 | $0.00 |
| 14B | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | $0.00 | $2,679.35 | $2,679.35 | $0.00 |
| 15 | INGARDIA BROS. PRODUCE INC, | 7100-000 | $0.00 | $9,017.34 | $9,017.34 | $0.00 |
| 20B | FRANCHISE TAX BOARD | 7300-000 | $1,010.75 | $1,471.57 | $1,471.57 | $0.00 |
| | ALPHA OMEGA TAX AND FINANCIAL PLANNING | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | ANNA BORBA | 7100-000 | $69.30 | $0.00 | $0.00 | $0.00 |
| | AYALA SPIRIT | 7100-000 | $32.03 | $0.00 | $0.00 | $0.00 |
| | AYALA STUDENT ORGANIZATION - LATINOS | 7100-000 | $52.00 | $0.00 | $0.00 | $0.00 |
| | BIG LEAGUE DREAMS USA, LLC (CHINO) | 7100-000 | $5,400.00 | $0.00 | $0.00 | $0.00 |
| | BIG LEAGUE DREAMS USA, LLC (MANTECA) | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| | BIG LEAGUE DREAMS USA, LLC REDDING | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | BOARD OF EQUALIZATION | 7100-000 | $23,956.52 | $0.00 | $0.00 | $0.00 |
| | BOARD OF EQUALIZATION | 7100-000 | $481,415.45 | $0.00 | $0.00 | $0.00 |
| | BUTTERFIELD ELEMANTARY | 7100-000 | $96.23 | $0.00 | $0.00 | $0.00 |
| | CANYON HILLS JUNIOR HIGH SCHOOL | 7100-000 | $47.60 | $0.00 | $0.00 | $0.00 |
| | CENTRAL SECURITY SERVICES, INC. | 7100-000 | $5.00 | $0.00 | $0.00 | $0.00 |
| | CHAPARRAL ELEMENTARY SCHOOL | 7100-000 | $40.18 | $0.00 | $0.00 | $0.00 |
| | CHINO ALL STARS - THE TALENT FACTORY | 7100-000 | $37.03 | $0.00 | $0.00 | $0.00 |
| | CHINO COMMERCIAL BANK LOAN | 7100-000 | $116,418.79 | $0.00 | $0.00 | $0.00 |
| | CHINO HILLS HIGH SCHOOL - CHOIR | 7100-000 | $125.14 | $0.00 | $0.00 | $0.00 |
| | CHINO HILLS HIGH SCHOOL GRAD NIGHT 2008 | 7100-000 | $34.61 | $0.00 | $0.00 | $0.00 |
| | CHINO HILLS PRIMARY CARE CENTER | 7100-000 | $364.06 | $0.00 | $0.00 | $0.00 |
| | CHINO MEDICAL GROUP, INC. | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| | CHRIS PARKER | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| | CHRIS PARKER | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| | CLARK & TREVITHICK (BIRCH PROMENADE) | 7100-000 | $8,901.10 | $0.00 | $0.00 | $0.00 |
| | CLARK & TREVITHICK (GENERAL) | 7100-000 | $30,100.36 | $0.00 | $0.00 | $0.00 |
| | CLARK & TREVITHICK (J. TORRES) | 7100-000 | $1,788.00 | $0.00 | $0.00 | $0.00 |
| | CLARK & TREVITHICK (ST. OF CA. | 7100-000 | $3,647.98 | $0.00 | $0.00 | $0.00 |

| EMP. RET) | | | | | |
|---|---|---|---|---|---|
| CO-OP REAL ESTATE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| COAST PAPER & RIBBON PRODUCTS, INC. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| DALE E. GODDARD MEMORIAL FUND CAHP CREDIT UNION | 7100-000 | $1,230.45 | $0.00 | $0.00 | $0.00 |
| DIRECT TV | 7100-000 | $99.99 | $0.00 | $0.00 | $0.00 |
| EAGLE CANYON ELEMENTARY | 7100-000 | $44.00 | $0.00 | $0.00 | $0.00 |
| FIREMASTER | 7100-000 | $217.33 | $0.00 | $0.00 | $0.00 |
| HEALTH CARE APPAREL | 7100-000 | $644.50 | $0.00 | $0.00 | $0.00 |
| HIDDEN TRAILS ELEMENTARY SCHOOL | 7100-000 | $421.62 | $0.00 | $0.00 | $0.00 |
| ID SUPERSTORE | 7100-000 | $525.00 | $0.00 | $0.00 | $0.00 |
| JOE BONAFEDE | 7100-000 | $69,541.27 | $0.00 | $0.00 | $0.00 |
| JOSEPH BONAFEDE, SR. | 7100-000 | $14,000.00 | $0.00 | $0.00 | $0.00 |
| JOSEPH GROUP | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| LA HABRA CITY LITTLE LEAGUE | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| LAW OFFICES OF HEMAR, ROUSSO & HEALD, LLP | 7100-000 | $28,602.67 | $0.00 | $0.00 | $0.00 |
| LOVING SAVIOR | 7100-000 | $129.54 | $0.00 | $0.00 | $0.00 |
| MOM'S CLUB | 7100-000 | $56.15 | $0.00 | $0.00 | $0.00 |
| NASSER COMPANY, INC. | 7100-000 | $10,800.00 | $0.00 | $0.00 | $0.00 |
| ORANGE COUNTY HEALTH CARE AGENCY | 7100-000 | $490.00 | $0.00 | $0.00 | $0.00 |
| ORANGE COUNTY TAX COLLECTOR | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |
| ORKIN EXTERMINATI | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NG | | | | | |
| PACIFIC THEATRES | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| PHOTO SOLUTIONS, INC. | 7100-000 | $1,907.05 | $0.00 | $0.00 | $0.00 |
| RAMONA JR. HIGH PTO | 7100-000 | $135.91 | $0.00 | $0.00 | $0.00 |
| RAMONA MINI STORAGE | 7100-000 | $190.00 | $0.00 | $0.00 | $0.00 |
| RJAN LLC | 7100-000 | $111,000.00 | $0.00 | $0.00 | $0.00 |
| SALES TAX PAYABLE | 7100-000 | $9,004.98 | $0.00 | $0.00 | $0.00 |
| SONORA BAND & COLOR GUARD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SONORA GIRLS TENNIS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SOURCE REFRIGERATION & HVAC, INC. | 7100-000 | $1,307.64 | $0.00 | $0.00 | $0.00 |
| SOVEREIGN GROUP | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| ST. ANGELA MERICI YOUTH MINISTRY | 7100-000 | $59.72 | $0.00 | $0.00 | $0.00 |
| STAPLES | 7100-000 | $2,826.33 | $0.00 | $0.00 | $0.00 |
| SUZANNA GOODARD | 7100-000 | $1,230.45 | $0.00 | $0.00 | $0.00 |
| SYNERGY MARKETING, INC. | 7100-000 | $7,697.50 | $0.00 | $0.00 | $0.00 |
| TOWNSEND BAND | 7100-000 | $98.34 | $0.00 | $0.00 | $0.00 |
| TROJAN YOUTH FOOTBALL | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| U.S. FOODSERVICE SOCAL | 7100-000 | $3,838.52 | $0.00 | $0.00 | $0.00 |
| VERIZON | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| WALNUT ELEMENTARY SCHOOL | 7100-000 | $67.13 | $0.00 | $0.00 | $0.00 |
| WESTAIR GASES & EQUIPMENT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,006,328.70 | $534,699.17 | $534,699.17 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1        Exhibit 8

| Case No.: | 11-21300-MW | | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | | §341(a) Meeting Date: | 10/22/2014 |
| | | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | CHINO COMMERCIAL BANK (ACCT. #2052 (BREA AND MIRA LOMA). GENERAL ACCOUNT/OPERATING ACCOUNT - BUSINESS CHECKING.  THIS IS ALSO A PAYROLL ACCOUNT FOR MIRA LOMA.  THIS ACCOUNT BALANCE WAS $3.14 AS OF JUNE 30, 2011. | $3.14 | $0.00 | | $16,354.20 | FA |
| Asset Notes: | Scheduled under JOSEPH GROUP, INC.;  Trustee opened new general account under JoJo's Pizza upon his appointment.  New general account #1113315.  The new account was closed on 2/25/15 and funds deposited into the Trustee's account on 2/11/15 and 3/2/15.  Funds in the amount of $34,000.42 were deposited into the JoJo's Pizza Kitchen Inc. Estate account.  51.9% of these funds (minus administrative costs and bank fees) then deposited into the Joseph Group, Inc. Estate Account.  $16,354.20 or 48.1% allocated to this Estate. | | | | | |
| 2 | CHINO COMMERCIAL BANK (ACCT. #2060) (BREA).  PAYROLL ACCOUNT - BUSINESS CHECKING.  THIS ACCOUNT BALANCE WAS $0.00 AS OF JUNE 30, 2011. | $0.00 | $0.00 | | $33.45 | FA |
| Asset Notes: | Scheduled under JOSEPH GROUP, INC.;  Trustee opened new payroll account under Joseph Group Inc. upon his appointment.  New payroll account #1114917.  The new account was closed on 2/25/15 and funds in the amount of $69.55 deposited into the Trustee's account on 3/2/15.  51.9% of these funds, or $36.10, then deposited into the Joseph Group, Inc. Estate Account. $33.45 or 48.1% allocated to this Estate. | | | | | |
| 3 | 2 TELEVISIONS (MIRA LOMA) (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Scheduled under JOSEPH GROUP, INC. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:  2  Exhibit 8

| | |
|---|---|
| Case No.: | 11-21300-MW |
| Case Name: | JOJO'S PIZZA KITCHEN INC |
| For the Period Ending: | 1/12/2021 |

| | |
|---|---|
| Trustee Name: | Jeffrey I. Golden |
| Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| §341(a) Meeting Date: | 10/22/2014 |
| Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 4 | MERIDIAN PHONE SYSTEMS (MIRA LOMA)  (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Scheduled under JOSEPH GROUP, INC. | | | | | | |
| 5 | MISCELLANEOUS SUPPLIES (MIRA LOMA). 1 5-COMPARTMENT EMPLOYEE LOCKER ($10), 1 HP5610 FAX/COPY/PRINTER ($20), 1 DELL 1720 PRINTER ($50).  (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $80.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Scheduled under JOSEPH GROUP, INC. | | | | | | |
| 6 | POINT OF SALE SYSTEM (BREA).  THIS IS THE SOFTWARD, FOUR DESKTOP COMPUTERS, FOUR MONITORS, PURCHASED IN JUNE OF 1998 | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Scheduled under JOSEPH GROUP, INC. | | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   3      Exhibit 8

| Case No.: | 11-21300-MW | | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOJO'S PIZZA KITCHEN INC | | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | | §341(a) Meeting Date: | 10/22/2014 |
| | | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | POINT OF SALE SYSTEM (MIRA LOMA). SOFTWARE, 5 MONITORS AND 5 DESKTOPS, SIX PRINTERS AND ONE SERVER.  (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 8 | 2 BAKERS PRIDE OVENS (BREA) | $3,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 9 | 2 DOOR TABLE COOLER 4' (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 10 | 3 DOOR BEER COOLER 5' (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    4            Exhibit 8

| Case No.: | 11-21300-MW | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | 10/22/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | 4 DRAWER UNDER STOVE COOLER 4' (MIRA LOMA).  (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $500.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**   Scheduled under JOSEPH GROUP, INC. | | | | | |
| 12 | 8 BURNER STOVE (BREA). | $300.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**   Scheduled under JOSEPH GROUP, INC. | | | | | |
| 13 | 8 BURNER STOVE (MIRA LOMA).  (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $300.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**   Scheduled under JOSEPH GROUP, INC. | | | | | |
| 14 | BAKERS PRIDE OVEN (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $3,500.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:**   Scheduled under JOSEPH GROUP, INC. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    5        Exhibit 8

| Case No.: | 11-21300-MW | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOJO'S PIZZA KITCHEN INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | 10/22/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15   CHAIRS (MIRA LOMA).  42 WOOD PADDED CHAIRS.  (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $630.00 | $0.00 | | $0.00 | FA |
| Asset Notes:      Scheduled under JOSEPH GROUP, INC. | | | | | |
| 16   COOLERS (MIRA LOMA).  1 METRO FOOD HOLDER, 1 CARRIER DISPLAY COOLER. (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $600.00 | $0.00 | | $0.00 | FA |
| Asset Notes:      Scheduled under JOSEPH GROUP, INC. | | | | | |
| 17   HOBART 60 QT. MIXER (BREA) | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes:      Scheduled under JOSEPH GROUP, INC. | | | | | |
| 18   HOBART MIXER, 60 QUART (MIRA LOMA).   (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $2,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes:      Scheduled under JOSEPH GROUP, INC. | | | | | |
| 19   RACKS (BREA).  2 BAKING RACKS W/ TRAYS. | $150.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 11-21300-MW | |
| **Case Name:** | JOJO'S PIZZA KITCHEN INC | |
| **For the Period Ending:** | 1/12/2021 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I. Golden |
| **Date Filed (f) or Converted (c):** | 09/24/2014 (c) |
| **§341(a) Meeting Date:** | 10/22/2014 |
| **Claims Bar Date:** | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| **Ref. #** | | | | | | |
| 20 | RACKS (MIRA LOMA).  1 UTILITY RACK 2' ($50), 10 UTILITY RACKS 4' ($300), 2 UTILITY RACKS 6' ($75), 1 UTILITY RACK 3' ($30), 3 DURGESS RACKS 4' ($75). (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $530.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 21 | SALAD COOLER 5' (MIRA LOMA).  (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 22 | SHELVES (BREA).  1 SET OF 32' DRY SHELVING. | $150.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 23 | SINKS (BREA).  1 3-COMPARTMENT SINK ($100), 1 COMPARTMENT PREP SINK ($30). | $130.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 24 | SLICER (BREA) | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    7          Exhibit 8

| Case No.: | 11-21300-MW | Trustee Name: | Jeffrey I. Golden |
|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | 10/22/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25 | SLICER (MIRA LOMA). (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 26 | TABLES (MIRA LOMA). 4 STAINLESS TABLES 4' ($80), 1 WOOD DINING TABLE 6' ($50), 7 WOOD DINING TABLES 1.5' ($300), 11 WOOD DINING TABLES 3' ($220), 2 STAINLESS TABLES 3' ($75), 1 PIZZA TABLE 7' ($1,200), 1 STEAM TABLE 4' ($200). (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $2,125.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 27 | TABLES/CHAIRS (BREA). 12 TABLES 30" X 48" ($250), 38 CHAIRS ($200), 1 3-DOOR PIZZA TABLE ($300), 2 6' STAINLESS STEEL TABLES ($125), 2 4' STAINLESS STEEL TABLES ($85), 1 REFRIGERATOR BASE TABLE ($350), 1 STEAM TABLE ($150). | $1,460.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 27 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 27 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 28 | WALK-IN COOLER (BREA) | $800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Scheduled under JOSEPH GROUP, INC. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    8        Exhibit 8

| Case No.: | 11-21300-MW | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOJO'S PIZZA KITCHEN INC | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | §341(a) Meeting Date: | 10/22/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29 | WALK-IN COOLER (MIRA LOMA).  (THIS ASSET IS LOCATED AT THE MIRA LOMA RESTAURANT AND IS USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THIS ASSET HAS NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $1,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Scheduled under JOSEPH GROUP, INC. | | | | | | |
| 30 | ACCOUNTS RECEIVABLE | $62,679.54 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Scheduled under JOSEPH GROUP, INC. | | | | | | |
| 31 | AMEX LEVY BOE | $663.36 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Scheduled under JOSEPH GROUP, INC. | | | | | | |
| 32 | CASH DRAWER (MIRA LOMA).  THIS IS OUR DAILY CASH DRAWER FOR THE RESTAURANT. | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Scheduled under JOSEPH GROUP, INC. | | | | | | |
| 33 | INVENTORY ASSET (MIRA LOMA).  THIS IS THE PERISHABLE INVENTORY AND SUPPLIES THAT THE DEBTOR KEEPS ON A MONTHLY BASIS.  (THESE ASSETS ARE LOCATED AT THE MIRA LOMA RESTAURANT AND ARE USED TO OPERATE THE MIRA LOMA RESTAURANT, HOWEVER, THESE ASSETS HAVE NOT BEEN OFFICIALLY TRANSFERRED FROM JOJO'S PARTNERS, LLC TO JOSEPH GROUP, INC.) | $3,825.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Scheduled under JOSEPH GROUP, INC. | | | | | | |
| 34 | SECURITY DEPOSIT.  WE ARE NOT SURE WHICH VENDOR THIS IS FOR, BUT IT MAY BE UTILITIES. | $1,560.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    Scheduled under JOSEPH GROUP, INC. | | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    9            Exhibit 8

| Case No.: | 11-21300-MW |
| Case Name: | JOJO'S PIZZA KITCHEN INC |
| For the Period Ending: | 1/12/2021 |

| Trustee Name: | Jeffrey I. Golden |
| Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| §341(a) Meeting Date: | 10/22/2014 |
| Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35 | TOTAL OTHER CURRENT ASSETS | $4,150.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Scheduled under JOSEPH GROUP, INC. | | | | | |
| 36 | PROCEEDS FROM SALE OF CHINO HILLS AND MIRA LOMA RESTAURANT LOCATIONS **(u)** | $0.00 | $163,834.96 | | $94,759.37 | FA |
| Asset Notes: | Received into estate's account on 10/10/14. Includes all assets located at the Chino Hills and Mira Loma business premises. Relates to Asset #3-5, Asset #7, Asset #9-11, Asset #13-16, Asset #18, Asset #20-21, Asset #25-26, Asset #29, and Asset #32-33. Funds in the amount of $163,834.96 were deposited into the JoJo's Pizza Kitchen Inc. Estate account. 51.9% of these funds (minus bond payments and bank fees) then deposited into the Joseph Group, Inc. Estate Account. $94,759.37 allocated to this Estate. | | | | | |
| 37 | PAYMENT ON A PROMISSORY NOTE - BREA RESTAURANT LOCATION **(u)** | $0.00 | $296,280.19 | | $245,775.19 | $50,505.00 |
| Asset Notes: | $300,000.00 Promissory Note. Includes all assets located at the Brea business premises (relates to Asset #6, Asset #8, Asset #12, Asset #17, Asset #19, Asset #22-24, Asset #27 and Asset #28); Pursuant to an agreement approved on October 3, 2017, the buyer was permitted to make the $300,000.00 payment in three installment payments with the last payment due by February 15, 2018. Payments have not been made timely. 51.9% of all payments received to be deposited into the Estate of Joseph Group, Inc. 48.1% allocated to this Estate. Order on motion to close this case leaving this asset unadministered approved on September 25, 2019. | | | | | |

TOTALS (Excluding unknown value)                                                                 Gross Value of Remaining Assets

$97,136.04        $460,115.15                $356,922.21            $50,505.00

Major Activities affecting case closing:

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   10        Exhibit 8

| | |
|---|---|
| **Case No.:** 11-21300-MW | **Trustee Name:** Jeffrey I. Golden |
| **Case Name:** JOJO'S PIZZA KITCHEN INC | **Date Filed (f) or Converted (c):** 09/24/2014 (c) |
| **For the Period Ending:** 1/12/2021 | **§341(a) Meeting Date:** 10/22/2014 |
| | **Claims Bar Date:** 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

07/10/2020    AMENDED FINAL REPORT:  The TFR hearing was been continued out several times.  Secured Claim No. 9 had already been paid and the claim was withdrawn on March 17, 2020.

P.E. 9/30/19:  The Trustee submitted his TFR to the OUST on October 21, 2019.

FINAL REPORT:  The Trustee has filed a motion to close this case leaving an asset unadministered.  The order on the motion was approved by Court order entered September 25, 2019.  The asset is the remaining payment on the note in the amount of $105,000 plus interest.  51.9% of which will be transferred to the Joseph Group, Inc. Estate.  The Estate's tax returns have been completed and all claims have been reviewed.  Secured claim #1 filed by the IRS will receiving all funds on hand as their UCC-1 was filed in 2008.

P.E. 9/30/18:  The Buyer of the restaurants still owes the Estate $105,000 (51.9% of which will be transferred to the Joseph Group, Inc. Estate).  The Trustee has been informed that the Buyer is currently in escrow to sell a restaurant location and the proceeds should be sufficient to pay the entirety of the balance owed.  Escrow is scheduled to close at the end of October 2018.  If escrow does not close and payment is not made, the Trustee will immediately seek to employ a collections company to pursue the Buyer and will move to close the cases with an unadministered asset until such time as funds are recovered.

The Trustee filed an objection to a secured claim that was later voluntarily withdrawn based upon counsel providing a prior stipulation that amended the claim's secured status.

The Trustee anticipates submitting his TFR in this case before March 31, 2019.

P.E. 9/30/17:  The Trustee has received the installment payments from the Buyer of the restaurants, however on or about August 14, 2017, the Buyer informed the Trustee's counsel that it was unable to timely pay the final payment of $300,000.00 which was due on July 31, 2017, and asked for some additional time to make the payment.  Subject to Court approval, the parties entered into an agreement (the "Agreement") which separated the $300,000.00 balance into three $100,000.00 payments with the last payment due by February 15, 2018.  The Agreement further provided for interest to accrue at a rate of 5% and a provision that if the Buyer defaulted on any of the payments, the Buyer stipulated to entry of judgment against it.  Pursuant to an order entered October 3, 2017, the Agreement was approved.  As set forth in prior Status Reports, the case has been complicated by the way the Debtors operated prior to filing bankruptcy and prior to the Trustee's appointment.  The Debtors commingled cash to pay the obligations of both.  The Debtor commingled income and expense without regard for which particular Debtor generated the income or incurred the expenses.  Because there are two separate Estates, the Trustee was tasked with finding a way to distribute the sale proceeds between the Estates.  With the assistance of an accountant, the Trustee formulated a proposal on how to allocate the funds from the sale of the restaurants to each estate.  On March 3, 3017, the Trustee filed his Motion for Order Allocated Sale Proceeds (the "Motion").  No opposition was made to the Motion and on April 7, 2017, the order was entered granting the Motion.  Accordingly, once all of the funds are received from the Buyer, the Trustee will now know how the funds are allocated to each Estate.  The Trustee continues to investigate if the tax claims can be subordinated so that a distribution can be made to unsecured creditors.

The Trustee will continue to collect the sale proceeds through February, 2018 and based thereon, the Trustee anticipates that he will submit his TFR to the OUST in both this case and in Joseph Group, Inc. before June 30, 2018.

P.E. 9/30/16:  The Trustee has received the second installment from the buyer of the restaurants.  The case has been complicated by the way the Debtors operated prior to filing

| Case No.: | 11-21300-MW | | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOJO'S PIZZA KITCHEN INC | | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | | §341(a) Meeting Date: | 10/22/2014 |
| | | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

bankruptcy and prior to the Trustee's appointment.  The Debtors commingled cash to pay the obligations of both.  The Debtor commingled income and expense without regard to which particular Debtor generated the income or incurred the expenses.  Because there are two separate Estates, the Trustee was tasked with finding a way to distribute the sale proceeds between the Estates.  The Trustee has reviewed and analyzed all secured claims and reviewed the sale motion.  The Trustee analyzed whether or not there was a benefit to substantively consolidate the cases and determined that there was not benefit to either Estates.  The Trustee is also investigating possible subordination of tax claims.

With the assistance of an accountant, within the next couple of weeks the Trustee will file his Motion for Order Authorizing the Distribution of Sales Proceeds.  The Trustee will continue to collect the sale proceed through July, 2017 and based thereon, the Trustee anticipates submitting the TFR in this case by December 31, 2017.

P.E. 9/30/15:  Joseph Group, Inc ("JGI") was in the business of owning and operating two JoJo's Pizza Kitchen restaurants, one located in Mira Loma ("Mira Loma") and another located in Brea ("Brea").  JoJo's Pizza Kitchen, Inc ("JJPK") was in the business of owning and operating one JoJo's Pizza Kitchen located in Chino Hills ("Chino Hills").  Both Debtors' assets included ownership of equipment and inventory, rights as tenants under their lease agreements and certain rights to the name and recipes (the "Property").

Prior to the Trustee's appointment, the Debtors had sought and obtained an order authorizing the Debtor's to sell the assets, business and property ("Assets") utilized by the debtors in the operation of the three JoJo's Pizza Kitchen restaurants in Mira Loma, Brea and Chino Hills (the "Restaurants").  The sale provided for the buyer to purchase substantially all of the Debtors assets including all Restaurants and does not provide for the buyer to purchase only some of the assets.  The sale was conditioned by several items, including that the closing of the sale of all of the Restaurants would occur by January 31, 2015.

On July 22, 2014, the sale of the restaurants located in Chino Hills and Mira Loma closed and Debtors' counsel received a check from escrow in the amount of $160,216.54, representing the net proceeds of the deposit paid by the buyers.  The funds received were net costs of sale, taxes on the transfers and a $20,000.00 commission.  At the time of the Chapter 11 Status Conference on August 27, 2014, the Debtors' represented that JGI, the buyer, and the landlord of the remaining Brea restaurant were in negotiations to assign the current lease for the Brea restaurant to the buyer.  In a further status report filed by the Debtors for hearing on September 22, 2014, the Debtors' represented that the landlord of the Brea restaurant was in current negotiations to assign the current lease for the Brea restaurant to the buyer or for the buyer to reach terms of a new lease with the landlord.  JGI further represented that it expected the agreement to be reached shortly and that escrow on the sale of the Brea restaurant had been opened and the parties were working on the buyer obtaining a temporary liquor license for the premises.

At the hearing on September 22, 2014, the Debtors' cases were converted to chapter 7 and the order was entered on September 24, 2014.  On September 26, 2014, the Trustee was appointed.  Upon his appointment, the Trustee moved immediately to take possession and control of the remaining business operations, including the Brea restaurant.  The Trustee sought an order authorizing him to continue to operate pursuant to 11 U.S.C. § 721 and to use funds of the estates pursuant to 11 U.C.S. 21 363(b)(1).

The Trustee determined that a substantial amount of the revenue generated by the Debtor was from the sale of pizzas to local schools.  Those funds as well as any debit or credit card transactions were deposited electronically into a Merchant account maintained as a DIP account by JGI at Chino Commercial Bank.  The Trustee determined that if the Merchant account was closed, it would cause substantial disruption to the business affairs and the operations of the Brea restaurant.  With Court approval, the Trustee took immediately possession and control of that account and closed all other accounts that the Debtors had maintained. The Trustee opened a payroll account at the same Chino Commercial Bank because

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    12        Exhibit 8

| Case No.: | 11-21300-MW | | Trustee Name: | Jeffrey I. Golden |
| Case Name: | JOJO'S PIZZA KITCHEN INC | | Date Filed (f) or Converted (c): | 09/24/2014 (c) |
| For the Period Ending: | 1/12/2021 | | §341(a) Meeting Date: | 10/22/2014 |
| | | | Claims Bar Date: | 01/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

the Trustee's Estate bank, Integrity Bank, does not have any locations that the employees could cash their payroll checks.

The Brea location closed and the buyer has made its first installment on the purchase of that location. The total amount that the estate will receive will be $637,500. The installments will continue through July, 2017.

The Trustee does not anticipate any litigation will be commenced. The only remaining activity will be to collect the balance of the sale proceeds from the Brea sale.

The Trustee anticipates submitting his TFR in this case before December 31, 2017.

P.E. 9/30/14: The case was originally filed as a chapter 11 case. JoJo's Pizza Kitchen, Inc. ("JJPK") is jointly administered with Joseph Group, Inc. ("JGI"). JGI was in the business of owning and operating two JoJo's Pizza Kitchen restaurants located in Mira Loma and Brea. JJPK was in the business of owning and operating one JoJo's Pizza Kitchen located in Chino Hills. During the pendency of the chapter 11 case, the Debtors sought and obtained an order authorizing the sale of all of the assets of both Debtors including the inventory, equipment, business and property utilized by the Debtors in the operation of the three restaurants. Prior to the trustee's appointment, the restaurants in Mira Loma and Chino Hills had closed escrow. The Trustee was informed when the case was converted on September 22, 2014, that the closing of escrow of the Brea restaurant was imminent and likely to occur within days of his appointment. The Trustee took immediate custody and control of all bank accounts and operations of the Brea restaurant. The Trustee has sought an order authorizing him to operate the business pursuant to 11 U.S.C .§ 721 and forth authority to use the estates bank accounts pursuant to 11 U.S.C. § 363(b)(1). Hearing on the motion is set for November 5, 2014, at 9:00 a.m. The Trustee has recently been informed that the sale of the Brea restaurant will either close or terminate. The sale may be a condition of the entire transaction, so the Trustee is working diligently for the sale to occur. The Trustee anticipates submitting his final report in this case by June 30, 2016.

| Initial Projected Date Of Final Report (TFR): | 06/30/2016 | Current Projected Date Of Final Report (TFR): | 06/30/2019 | /s/ JEFFREY I. GOLDEN |
| | | | | JEFFREY I. GOLDEN |

Case 8:11-bk-21300-MW   Doc 364   Filed 01/12/21   Entered 01/12/21 18:52:42   Desc

**FORM 2** Page No: 1   Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 11-21300-MW | |
| Case Name: | JOJO'S PIZZA KITCHEN INC | |
| Primary Taxpayer ID #: | **-***4668 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/11/2011 | |
| For Period Ending: | 1/12/2021 | |

| | |
|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1300 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/10/2014 | | SHULMAN HODGES & BASTIAN, LLP | TURNOVER OF SALE PROCEEDS - HELD IN DEBTOR'S COUNSEL'S CLIENT TRUST ACCOUNT | * | $163,834.96 | | $163,834.96 |
| | | | 51.9% Allocated to Joseph Group, Inc.   $69,075.59 | 1129-000 | | | $163,834.96 |
| | {36} | | 48.1% Allocated to JoJo's Pizza Kitchen   $94,759.37 | 1129-000 | | | $163,834.96 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $144.92 | $163,690.04 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $255.50 | $163,434.54 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $263.61 | $163,170.93 |
| 01/08/2015 | 1001 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 | | $171.43 | $162,999.50 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $263.02 | $162,736.48 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $237.08 | $162,499.40 |
| 03/20/2015 | | INTERNATIONAL SURETIES LTD. | REFUND OF BOND PREMIUM PREMIUM COST PER THOUSAND WAS DECREASED FROM .80 TO .50 RETROACTIVELY TO JANUARY 1, 2015 | 2300-000 | | ($58.93) | $162,558.33 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $262.13 | $162,296.20 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $253.32 | $162,042.88 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $261.36 | $161,781.52 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $252.53 | $161,528.99 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $260.53 | $161,268.46 |
| 08/03/2015 | 1002 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 | | $12.08 | $161,256.38 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $260.10 | $160,996.28 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $251.30 | $160,744.98 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $259.27 | $160,485.71 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $250.51 | $160,235.20 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $258.45 | $159,976.75 |
| 01/12/2016 | 1003 | INTERNATIONAL SURETIES LTD. | BOND #016030866 | 2300-000 | | $203.92 | $159,772.83 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $257.90 | $159,514.93 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $240.69 | $159,274.24 |
| | | | **SUBTOTALS** | | $163,834.96 | $4,560.72 | |

**FORM 2**
Page No: 2
Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 11-21300-MW |
| **Case Name:** | JOJO'S PIZZA KITCHEN INC |
| **Primary Taxpayer ID #:** | **-***4668 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/11/2011 |
| **For Period Ending:** | 1/12/2021 |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I Golden |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1300 |
| **Account Title:** | CHECKING ACCOUNT |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $256.90 | $159,017.34 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $248.21 | $158,769.13 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $256.08 | $158,513.05 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $247.43 | $158,265.62 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $255.27 | $158,010.35 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $254.86 | $157,755.49 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $246.24 | $157,509.25 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $254.05 | $157,255.20 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $245.46 | $157,009.74 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $253.24 | $156,756.50 |
| 01/23/2017 | 1004 | INTERNATIONAL SURETIES LTD. | BOND #016030866 TERM 01/04/17 TO 01/04/18 | 2300-000 | | $242.98 | $156,513.52 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $252.83 | $156,260.69 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $227.65 | $156,033.04 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $251.68 | $155,781.36 |
| 04/21/2017 | | Transfer From: #*******1300 | No longer need funds segregated.  Transfer to checking account. | 9999-000 | $327,349.39 | | $483,130.75 |
| 04/21/2017 | 1005 | JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE FOR JOSEPH GROUP INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/2017; AMOUNT BASED UPON FUNDS HELD IN JOJO'S ESTATE AS OF 4/21/17 IN THE AMOUNT OF $483,130.75 (FUNDS DEPOSITED AS OF THIS DATE MINUS BOND PAYMENTS AND BANK FEES) AMOUNT TRANSFERRED IS 51.9% OF $483,130.75 | 8500-002 | | $250,744.86 | $232,385.89 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $283.01 | $232,102.88 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $344.80 | $231,758.08 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $333.18 | $231,424.90 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $343.79 | $231,081.11 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $343.28 | $230,737.83 |
| | | | **SUBTOTALS** | | $327,349.39 | $255,885.80 | |

Page No: 3   Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 11-21300-MW | |
| Case Name: | JOJO'S PIZZA KITCHEN INC | |
| Primary Taxpayer ID #: | **-***4668 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/11/2011 | |
| For Period Ending: | 1/12/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Jeffrey I Golden |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1300 |
| Account Title: | CHECKING ACCOUNT |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $331.71 | $230,406.12 |
| 10/02/2017 | | Transfer From: #*******1300 | Transfer to pay Joseph Group Estate their portion of the promissory note per Court order entered 4/7/17. | 9999-000 | $51,900.00 | | $282,306.12 |
| 10/02/2017 | 1006 | JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/2017 | 8500-002 | | $51,900.00 | $230,406.12 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $342.28 | $230,063.84 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $330.74 | $229,733.10 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $341.28 | $229,391.82 |
| 01/22/2018 | 1007 | INTERNATIONAL SURETIES LTD. | Bond #016030866 | 2300-000 | | $134.22 | $229,257.60 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $340.76 | $228,916.84 |
| 02/01/2018 | | Transfer From: #*******1300 | Transfer to pay Joseph Group Estate their portion of the promissory note per Court order entered 4/7/17. | 9999-000 | $25,950.00 | | $254,866.84 |
| 02/01/2018 | 1008 | JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/2017 | 8500-002 | | $25,950.00 | $228,916.84 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $315.86 | $228,600.98 |
| 03/13/2018 | | Transfer From: #*******1300 | Transfer of funds to be deposited into Joseph Group Inc. (51.9% of collected $25,000). | 9999-000 | $12,975.00 | | $241,575.98 |
| 03/13/2018 | 1009 | JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/2017 | 8500-002 | | $12,975.00 | $228,600.98 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $339.59 | $228,261.39 |
| 04/09/2018 | | Transfer From: #*******1300 | Transfer | 9999-000 | $5,190.00 | | $233,451.39 |
| 04/09/2018 | 1010 | JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/2017 | 8500-002 | | $5,190.00 | $228,261.39 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $328.16 | $227,933.23 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $338.60 | $227,594.63 |
| | | | **SUBTOTALS** | | $96,015.00 | $99,158.20 | |

Case 8:11-bk-21300-MW   Doc 364   Filed 01/12/21   Entered 01/12/21 18:52:42   Desc   Page No: 4   Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-21300-MW | |
| **Case Name:** | JOJO'S PIZZA KITCHEN INC | |
| **Primary Taxpayer ID #:** | **-***4668 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/11/2011 | |
| **For Period Ending:** | 1/12/2021 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I Golden |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1300 |
| **Account Title:** | CHECKING ACCOUNT |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $327.20 | $227,267.43 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $337.61 | $226,929.82 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $54.38 | $226,875.44 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($54.38) | $226,929.82 |
| 08/21/2018 | | Transfer From: #*******1300 | | 9999-000 | $5,190.00 | | $232,119.82 |
| 08/21/2018 | 1011 | JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP INC. | SALE PROCEEDS ALLOCATED TO JOSEPH GROUP INC. ESTATE PER COURT ORDER ENTERED 4/7/2017 | 8500-002 | | $5,190.00 | $226,929.82 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $3,971.27 | $222,958.55 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($3,971.27) | $226,929.82 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $337.29 | $226,592.53 |
| 01/31/2019 | 1012 | INTERNATIONAL SURETIES LTD. | Bond #016030866 Term 1/4/2019 to 1/4/2020 | 2300-000 | | $195.15 | $226,397.38 |
| 09/03/2019 | 1013 | JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | BANK ACCOUNT FUNDS FROM GENERAL ACCOUNT/OPERATING ACCOUNT HELD AT CHINO COMMERCIAL BANK ACCT. #2052 ALLOCATED TO JOSEPH GROUP, INC. (51.9% OF TOTAL FUNDS TURNED OVER) | 8500-002 | | $17,682.31 | $208,715.07 |
| 09/03/2019 | 1013 | VOID: JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | Issued in error.  Funds already allocated as of 4/21/2017 | 8500-003 | | ($17,682.31) | $226,397.38 |
| 09/03/2019 | 1014 | JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | BANK ACCOUNT FUNDS FROM PAYROLL ACCOUNT HELD AT CHINO COMMERCIAL BANK ACCT. # 2060 ALLOCATED TO JOSEPH GROUP, INC. (51.9% OF TOTAL FUNDS TURNED OVER) | 8500-002 | | $36.10 | $226,361.28 |
| 09/03/2019 | 1014 | VOID: JEFFREY I. GOLDEN, TRUSTEE FOR JOSEPH GROUP, INC. | Issued in error.  Funds already allocated as of 4/21/2017 | 8500-003 | | ($36.10) | $226,397.38 |
| 08/27/2020 | | Transfer From: #*******1300 | Transfer all funds to the Checking Account to pay secured claimant - IRS | 9999-000 | $185,080.30 | | $411,477.68 |
| | | | **SUBTOTALS** | | $190,270.30 | $6,387.25 | |

**FORM 2**                                                                                    Page No: 5          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-21300-MW | Trustee Name: Jeffrey I Golden |
| Case Name: | JOJO'S PIZZA KITCHEN INC | Bank Name: Independent Bank |
| Primary Taxpayer ID #: | **-***4668 | Checking Acct #: ******1300 |
| Co-Debtor Taxpayer ID #: | | Account Title: CHECKING ACCOUNT |
| For Period Beginning: | 8/11/2011 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 1/12/2021 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 08/27/2020 | | Transfer To: #*******1300 | Transfer to Checking Account to pay secured claimant - Internal Revenue Service. | 9999-000 | | $92,540.15 | $318,937.53 |
| 08/27/2020 | 1015 | INTERNAL REVENUE SERVICE | SECURED TAX CLAIM #1 PAID @ 68% OF ALLOWED AMOUNT | 4300-000 | | $318,937.53 | $0.00 |
| 12/15/2020 | 1015 | STOP PAYMENT: INTERNAL REVENUE SERVICE | SECURED TAX CLAIM #1 PAID @ 68% OF ALLOWED AMOUNT | 4300-004 | | ($318,937.53) | $318,937.53 |
| 12/15/2020 | 1016 | UNITED STATES TREASURY | SECURED TAX CLAIM #1 PAID @ 68% OF ALLOWED AMOUNT | 4300-000 | | $318,937.53 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $777,469.65 | $777,469.65 | $0.00 |
| **Less: Bank transfers/CDs** | $613,634.69 | $92,540.15 | |
| Subtotal | $163,834.96 | $684,929.50 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| Net | $163,834.96 | $684,929.50 | |

| For the period of  8/11/2011 to 1/12/2021 | | For the entire history of the account between 10/02/2014 to 1/12/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $163,834.96 | Total Compensable Receipts: | $163,834.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $163,834.96 | Total Comp/Non Comp Receipts: | $163,834.96 |
| Total Internal/Transfer Receipts: | $613,634.69 | Total Internal/Transfer Receipts: | $613,634.69 |
| | | | |
| Total Compensable Disbursements: | $315,324.96 | Total Compensable Disbursements: | $315,324.96 |
| Total Non-Compensable Disbursements: | $369,668.27 | Total Non-Compensable Disbursements: | $369,668.27 |
| Total Comp/Non Comp  Disbursements: | $684,993.23 | Total Comp/Non Comp  Disbursements: | $684,993.23 |
| Total Internal/Transfer  Disbursements: | $92,540.15 | Total Internal/Transfer  Disbursements: | $92,540.15 |

FORM 2
Page No: 6    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-21300-MW | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4668 | Checking Acct #: | ******1300 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT - SEGREGATED ACCOUNT |
| For Period Beginning: | 8/11/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/11/2015 | | JOJO'S PIZZA KITCHEN - DIP ACCOUNT | FUNDS FROM DIP GENERAL ACCOUNT HELD AT CHINO COMMERCIAL BANK TO CH. 7 TRUSTEE ACCOUNT | * | $31,000.00 | | $31,000.00 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $16,089.00 | 1129-000 | | | $31,000.00 |
| | {1} | | 48.1% Allocated to JoJo's Pizza Kitchen        $14,911.00 | 1129-000 | | | $31,000.00 |
| 02/23/2015 | 2001 | RAMONA SELF STORAGE | FEBRUARY & MARCH STORAGE OF RECORDS SPACE #E304 PAID PER LBR 2016-2 (a)(6) | 2990-000 | | $215.00 | $30,785.00 |
| 02/24/2015 | 2002 | CARLOS LOPEZ | REPLACES FINAL PAYROLL CHECK #20165 ISSUED ON 2/2/15 | 2690-000 | | $223.32 | $30,561.68 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.80 | $30,535.88 |
| 03/02/2015 | | CHINO COMMERCIAL BANK - CASHIER'S CHECK | FUNDS FROM DIP GENERAL ACCOUNT ENDING 3315 | * | $3,000.42 | | $33,536.30 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $1,557.22 | 1129-000 | | | $33,536.30 |
| | {1} | | 48.1% Allocated to JoJo's Pizza Kitchen        $1,443.20 | 1129-000 | | | $33,536.30 |
| 03/02/2015 | | CHINO COMMERCIAL BANK - CASHIER'S CHECK | FUNDS FROM DIP GENERAL ACCOUNT ENDING 4917 | * | $69.55 | | $33,605.85 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $36.10 | 1129-000 | | | $33,605.85 |
| | {2} | | 48.1% Allocated to JoJo's Pizza Kitchen        $33.45 | 1129-000 | | | $33,605.85 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $54.10 | $33,551.75 |
| 04/03/2015 | 2003 | IMS | AGENT FEES PAID PER COURT ORDER ENTERED 1/29/15 | 3991-400 | | $12,433.04 | $21,118.71 |
| 04/29/2015 | 2004 | US TREASURY | FED ID #33-0692024; QTR-1 FUTA 940 | 2690-000 | | $178.40 | $20,940.31 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $36.55 | $20,903.76 |
| 04/30/2015 | 2004 | VOID: US TREASURY | Issued in error.  Already paid. | 2690-003 | | ($178.40) | $21,082.16 |
| 04/30/2015 | 2005 | BOARD OF EQUALIZATION | SREH #102-684181; 2015 QTR-1; FINAL RETURN | 2690-000 | | $2,582.00 | $18,500.16 |
| 05/04/2015 | 2006 | FIELDSOURCE FOOD SYSTEMS, INC. | BALANCE ON INV. #9358 | 2990-000 | | $89.60 | $18,410.56 |
| | | | **SUBTOTALS** | | $34,069.97 | $15,659.41 | |

Case 8:11-bk-21300-MW    Doc 364    Filed 01/12/21    Entered 01/12/21 18:52:42    Desc.     Page No: 7    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-21300-MW | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4668 | Checking Acct #: | ******1300 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT - SEGREGATED ACCOUNT |
| For Period Beginning: | 8/11/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/04/2015 | 2007 | RAMONA SELF STORAGE | APRIL STORAGE OF RECORDS PLUS $25 LATE FEE<br>SPACE #E304<br>PAID PER LBR 2016-2 (a)(6) | 2990-000 | | $120.00 | $18,290.56 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.57 | $18,258.99 |
| 06/29/2015 | 2008 | RAMONA SELF STORAGE | JUNE, JULY STORAGE OF RECORDS PLUS $25 LATE FEE<br>SPACE #E304<br>PAID PER LBR 2016-2 (a)(6) | 2990-000 | | $210.00 | $18,048.99 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.85 | $18,020.14 |
| 07/16/2015 | 2002 | VOID: CARLOS LOPEZ | Void of Check# 2002 | 2690-003 | | ($223.32) | $18,243.46 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.48 | $18,213.98 |
| 08/05/2015 | | AMERICAN RESTAURANTS, LLC | PAYMENT ON PROMISSORY NOTE FOR 2015 | * | $112,500.00 | | $130,713.98 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $58,387.50 | 1221-000 | | | $130,713.98 |
| | {37} | | 48.1% Allocated to JoJo's Pizza Kitchen          $54,112.50 | 1221-000 | | | $130,713.98 |
| 08/17/2015 | 2009 | RAMONA SELF STORAGE | AUG, SEPT AND OCT STORAGE OF RECORDS PLUS $25 LATE FEE<br>SPACE #E304<br>PAID PER LBR 2016-2 (a)(6) | 2990-000 | | $310.00 | $130,403.98 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $175.60 | $130,228.38 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $203.27 | $130,025.11 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $209.73 | $129,815.38 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $202.63 | $129,612.75 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $209.06 | $129,403.69 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $208.72 | $129,194.97 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $194.93 | $129,000.04 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $208.07 | $128,791.97 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $201.03 | $128,590.94 |

**SUBTOTALS**          $112,500.00          $2,319.62

FORM 2

Page No: 8    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-21300-MW | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4668 | Checking Acct #: | ******1300 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT - SEGREGATED ACCOUNT |
| For Period Beginning: | 8/11/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $207.41 | $128,383.53 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $200.39 | $128,183.14 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $206.75 | $127,976.39 |
| 08/05/2016 | | AMERICAN RESTAURANTS, LLC | PAYMENT ON PROMISSORY NOTE FOR 2016 | * | $203,467.14 | | $331,443.53 |
| | | | 51.9% Allocated to Joseph Group, Inc.      $105,599.45 | 1221-000 | | | $331,443.53 |
| | {37} | | 48.1% Allocated to JoJo's Pizza Kitchen      $97,867.69 | 1221-000 | | | $331,443.53 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $460.49 | $330,983.04 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $516.63 | $330,466.41 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $533.02 | $329,933.39 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $514.99 | $329,418.40 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $531.33 | $328,887.07 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $530.47 | $328,356.60 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $478.37 | $327,878.23 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $528.84 | $327,349.39 |
| 04/21/2017 | | Transfer To: #*******1300 | No longer need funds segregated. Transfer to checking account. | 9999-000 | | $327,349.39 | $0.00 |
| 09/11/2017 | | AMERICAN RESTAURANTS, LLC | PAYMENT ON PROMISSORY NOTE FOR 2017 (PART 1 OF 3); 51.9% OF THESE FUNDS TO BE DEPOSITED INTO THE JOSEPH GROUP, INC. ESTATE | * | $100,000.00 | | $100,000.00 |
| | | | 51.9% Allocated to Joseph Group, Inc.      $51,900.00 | 1221-000 | | | $100,000.00 |
| | {37} | | 48.1% Allocated to JoJo's Pizza Kitchen      $48,100.00 | 1221-000 | | | $100,000.00 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $86.26 | $99,913.74 |
| 10/02/2017 | | Transfer To: #*******1300 | Transfer to pay Joseph Group Estate their portion of the promissory note per Court order entered 4/7/17. | 9999-000 | | $51,900.00 | $48,013.74 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $76.30 | $47,937.44 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $68.92 | $47,868.52 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.11 | $47,797.41 |

**SUBTOTALS** $303,467.14 $384,260.67

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-21300-MW | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4668 | Checking Acct #: | ******1300 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING ACCOUNT - SEGREGATED ACCOUNT |
| For Period Beginning: | 8/11/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/30/2018 | | AMERICAN RESTAURANTS, LLC | PAYMENT ON PROMISSORY NOTE FOR 2017 (1/2 OF PART 2 OF 3);  51.9% OF THESE FUNDS TO BE DEPOSITED INTO THE JOSEPH GROUP, INC. ESTATE | * | $50,000.00 | | $97,797.41 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $25,950.00 | 1221-000 | | | $97,797.41 |
| | {37} | | 48.1% Allocated to JoJo's Pizza Kitchen       $24,050.00 | 1221-000 | | | $97,797.41 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $71.01 | $97,726.40 |
| 02/01/2018 | | Transfer To: #*******1300 | Transfer to pay Joseph Group Estate their portion of the promissory note per Court order entered 4/7/17. | 9999-000 | | $25,950.00 | $71,776.40 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $97.54 | $71,678.86 |
| 03/06/2018 | | AMERICAN RESTAURANTS, LLC | PAYMENT ON PROMISSORY NOTE FOR 2017 (COLLECTION ON PART 2 OF 3);  51.9% OF THESE FUNDS TO BE DEPOSITED INTO THE JOSEPH GROUP, INC. ESTATE | * | $25,000.00 | | $96,678.86 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $12,975.00 | 1221-000 | | | $96,678.86 |
| | {37} | | 48.1% Allocated to JoJo's Pizza Kitchen       $12,025.00 | 1221-000 | | | $96,678.86 |
| 03/13/2018 | | Transfer To: #*******1300 | Transfer of funds to be deposited into Joseph Group Inc. (51.9% of collected $25,000). | 9999-000 | | $12,975.00 | $83,703.86 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $124.04 | $83,579.82 |
| 04/04/2018 | | AMERICAN RESTAURANTS, LLC | PAYMENT ON PROMISSORY NOTE FOR 2017 (COLLECTION ON PART 2 OF 3);  51.9% OF THESE FUNDS TO BE DEPOSITED INTO THE JOSEPH GROUP, INC. ESTATE | * | $10,000.00 | | $93,579.82 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $5,190.00 | 1221-000 | | | $93,579.82 |
| | {37} | | 48.1% Allocated to JoJo's Pizza Kitchen       $4,810.00 | 1221-000 | | | $93,579.82 |
| 04/09/2018 | | Transfer To: #*******1300 | Transfer of funds to be deposited into Joseph Group Inc. (51.9% of collected $10,000). | 9999-000 | | $5,190.00 | $88,389.82 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $126.66 | $88,263.16 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $131.12 | $88,132.04 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $126.70 | $88,005.34 |
| | | | **SUBTOTALS** | | $85,000.00 | $44,792.07 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-21300-MW | | Trustee Name: | Jeffrey I Golden |
| Case Name: | JOJO'S PIZZA KITCHEN INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4668 | | Checking Acct #: | ******1300 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT - SEGREGATED ACCOUNT |
| For Period Beginning: | 8/11/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/17/2018 | | AMERICAN RESTAURANTS, LLC | PAYMENT ON PROMISSORY NOTE FOR 2017 (COLLECTION ON PART 2 OF 3);  51.9% OF THESE FUNDS TO BE DEPOSITED INTO THE JOSEPH GROUP, INC. ESTATE | * | $10,000.00 | | $98,005.34 |
| | | | 51.9% Allocated to Joseph Group, Inc.          $5,190.00 | 1221-000 | | | $98,005.34 |
| | {37} | | 48.1% Allocated to JoJo's Pizza Kitchen         $4,810.00 | 1221-000 | | | $98,005.34 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $137.44 | $97,867.90 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $23.45 | $97,844.45 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($23.45) | $97,867.90 |
| 08/21/2018 | | Transfer To: #*******1300 | Transfer of funds to be deposited into Joseph Group Inc. (51.9% of collected $10,000). | 9999-000 | | $5,190.00 | $92,677.90 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,621.86 | $91,056.04 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,621.86) | $92,677.90 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $137.75 | $92,540.15 |
| 08/27/2020 | | Transfer From: #*******1300 | Transfer to Checking Account to pay secured claimant - Internal Revenue Service. | 9999-000 | $92,540.15 | | $185,080.30 |
| 08/27/2020 | | Transfer To: #*******1300 | Transfer all funds to the Checking Account to pay secured claimant - IRS | 9999-000 | | $185,080.30 | $0.00 |
| | | | | **SUBTOTALS** | $102,540.15 | $190,545.49 | |

Page No: 11                    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-21300-MW | |
| **Case Name:** | JOJO'S PIZZA KITCHEN INC | |
| **Primary Taxpayer ID #:** | **-***4668 | |
| **Co-Debtor Taxpayer ID #:** | | |
| | | |
| **For Period Beginning:** | 8/11/2011 | |
| **For Period Ending:** | 1/12/2021 | |

| | |
|---|---|
| **Trustee Name:** | Jeffrey I Golden |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1300 |
| **Account Title:** | CHECKING ACCOUNT - SEGREGATED ACCOUNT |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | |
|---|---|---|
| **TOTALS:** | $637,577.26 | $637,577.26 | $0.00 |
| **Less: Bank transfers/CDs** | $92,540.15 | $613,634.69 | |
| **Subtotal** | $545,037.11 | $23,942.57 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $545,037.11 | $23,942.57 | |

| **For the period of** 8/11/2011 **to** 1/12/2021 | | **For the entire history of the account between** 02/09/2015 **to** 1/12/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $545,037.11 | Total Compensable Receipts: | $545,037.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $545,037.11 | Total Comp/Non Comp Receipts: | $545,037.11 |
| Total Internal/Transfer Receipts: | $92,540.15 | Total Internal/Transfer Receipts: | $92,540.15 |
| | | | |
| Total Compensable Disbursements: | $23,942.57 | Total Compensable Disbursements: | $23,942.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $23,942.57 | Total Comp/Non Comp Disbursements: | $23,942.57 |
| Total Internal/Transfer Disbursements: | $613,634.69 | Total Internal/Transfer Disbursements: | $613,634.69 |

**FORM 2**

Page No: 12    Exhibit 9

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-21300-MW | | Trustee Name: | Jeffrey I Golden |
|---|---|---|---|---|
| Case Name: | JOJO'S PIZZA KITCHEN INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4668 | | Checking Acct #: | ******1300 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING ACCOUNT - SEGREGATED ACCOUNT |
| For Period Beginning: | 8/11/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | $708,872.07 | $708,872.07 | $0.00 |

**For the period of 8/11/2011 to 1/12/2021**

| | |
|---|---|
| Total Compensable Receipts: | $708,872.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $708,872.07 |
| Total Internal/Transfer Receipts: | $706,174.84 |
| | |
| Total Compensable Disbursements: | $339,267.53 |
| Total Non-Compensable Disbursements: | $369,668.27 |
| Total Comp/Non Comp  Disbursements: | $708,935.80 |
| Total Internal/Transfer  Disbursements: | $706,174.84 |

**For the entire history of the case between  09/24/2014 to 1/12/2021**

| | |
|---|---|
| Total Compensable Receipts: | $708,872.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $708,872.07 |
| Total Internal/Transfer Receipts: | $706,174.84 |
| | |
| Total Compensable Disbursements: | $339,267.53 |
| Total Non-Compensable Disbursements: | $369,668.27 |
| Total Comp/Non Comp  Disbursements: | $708,935.80 |
| Total Internal/Transfer  Disbursements: | $706,174.84 |

/s/ JEFFREY I GOLDEN

JEFFREY I GOLDEN